# Exhibit A

Small Claims Form 1I

**Superior Court of the District of Columbia**
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001  TELEPHONE 879-1120


FILED
FEB 28 2017
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Marc Steven Barnes
_____Plaintiff(s)_____
2700 28th St. NW
Washington, DC 20008
Address     Zip Code
Phone No. (202)441-8080

vs.

(1) HSBC Bank USA, N.A.
_____Defendant(s)_____
(2) _____
(3) _____

No. SC 2017 SC3 001162

## STATEMENT OF CLAIM

I have made inquiries to HSBC through Experian and TransUnion (10/10/2013, etc.) in the District of Columbia to dispute inaccurate HSBC information on my credit report. My credit report showed a balance of $63,037 when it should have shown a $0 balance as it was included in my Chapter 11 bankruptcy in 2010. After it was changed to a $0 balance, instead of improving significantly, my credit score was lowered. I have been denied credit funding and charged excessive fees and rates. I seek to recoup a minimum of $10,000 from HSBC for credit denied and fees charged.

DISTRICT OF COLUMBIA, ss: __Marc Steven Barnes__ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

__Marc Steven Barnes / Marc Steven Barnes__       __2700 28th St NW__
Plaintiff/Agent (Sign and Print Name)     Address
                                          __Washington, DC 20008__
Title: _____                    City/State/Zip Code
                                          Phone No.: (202) 441-8080

Subscribed and sworn to before me this __24th__ day of __February__, 20 __17__
(month and year)
                                         _____ Deputy Clerk (Notary Public)

_____
Attorney for Plaintiff (Sign and Print Name)

Address _____ Zip Code _____
Bar No.: _____ Phone No.: _____

**NOTICE (All parties must notify the court of any address changes.)**

To:
(1) HSBC Bank USA, N.A.                           (2) _____
c/o CT Corporation System Defendant                   Defendant
    Washington, DC
1015 15th St NW, Suite 1000   20005
Address            Zip Code               Address            Zip Code
☐ Home  ■ Business                        ☐ Home  ☐ Business

You are hereby notified that __Marc Steven Barnes__
_____ has made a claim and is requesting judgment
against you in the sum of __ten thousand__ dollars ($__10,000__),
as shown by the foregoing statement. The court will hold a hearing upon this claim on _____

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/AUG. 12

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.

EI33416l433US  *COPY*

2700 28th St NW
Washington, DC 20008

October 10, 2013

Experian
P.O. Box 4500
Allen, TX 75013

Re: Marc Steven Barnes, DOB , SS# ▓▓▓▓▓▓▓

To Whom It May Concern:

I have reviewed the following accounts on my Equifax credit report and would like to have the following information corrected:

**HSBC/NEIMN**  #4588630xxxx  Shows Balance $63,037
- Please remove this account from my record, as the balance is $0 and was included in my 2010 bankruptcy, which has subsequently been discharged.

**MB FIN SVCS**  #101553xxxx  Shows DEROGATORY
- Please remove this account from my record, as it is closed and was included in my 2010 bankruptcy, which has subsequently been discharged.

Enclosed are a copy of my ID and a utility bill as proof of my identity. I look forward to receiving a response and updated credit report at your earliest convenience. Thank you.

Sincerely,

*[signature]*

Marc S. Barnes

EH614619926US  COPY

2700 28th St NW
Washington, DC 20008

October 13, 2013

Transunion
Consumer Contact Department
P.O. Box 2000
Chester, PA 19022

Re: Marc Steven Barnes, DOB ▮▮▮▮, SS# ▮▮▮▮▮▮

To Whom It May Concern:

On September 26, 2013, I submitted the following information from my credit report for correction and my credit report was updated as shown in blue below:

Ocwen Loan #4001 – bal $437088……ACCT INFO REMOVED
BRCLYSBANKDE (Barclay's Bank) #540681 – bal $13630……ACCT INFO REMOVED
Nordstrom #8204 – bal $3507…… ACCT INFO REMOVED
HSBC / NEIMN #45886 – bal $63037……BALANCE SHOWS $0
MB FIN SVCS #101553 – bal $148291…… BALANCE SHOWS $0
AHM #10438 – should show CLOSED…… ACCT INFO REMOVED

As such, my debt was reduced by $665,553. Given my yearly income of $350,000+, my credit score should have improved significantly with the removal of the information. Instead it was lowered. I demand an immediate correction and raising of my credit score or I will need to pursue further legal action; as Transunion continues to disregard its obligation to reflect current, accurate credit information in my file. I look forward to an expeditious response and update to my credit report. Thank you.

Sincerely,

*[signature]*

Marc S. Barnes

## Exhibit B

# Superior Court of the District of Columbia
### CIVIL DIVISION
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



FILED
MAY 0 2 2017
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## ALIAS NOTICE OF STATEMENT OF CLAIM
(Re-issued Notice of Hearing)

GC

**MARC STEVEN BARNES**
Plaintiff

vs.                            Case No. **2017 SCJ 001162**

**HSBC USA, Inc.**                       MAY 16 2017 PM 1.03
Defendant
                                        LEGAL PAPER PROCESSING

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of Ten thousand and 00/100................................................................. dollars ($10,000.00). The court will hold a hearing upon this claim on **June 30, 2017** at 9:00 a.m. in the Small Claims and Conciliation, 500 Indiana Avenue N.W., Courtroom 415 N.W., Washington, D.C. 20001

_____
Deputy Clerk
Small Claims and Conciliation Branch

To:
___ Email
___ Fax
___ Federal Express
✓ Inter-Office Mail
___ Personal Service
___ Regular Mail

(1.) **HSBC USA, Inc.**                    (2.) _____
Defendant                                  Defendant
c/o Office of the General Counsel
95 Washington Street
Address                                    Address
BUFFALO, NY 14203
City/State                                 City/State

☐ Home   ☒ Business              ☐ Home   ☐ Business

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

Attachment: Statement of Claim

SCANSOC

# Exhibit C



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Plaintiff: Marc Steven Barnes

Case No: 2017 SCB 001162

vs

Defendant: HSBC Bank USA, N.A.

Date: February 28, 2017

Name (please print): Marc Steven Barnes

Firm Name, if applicable: 

Telephone No: (202) 441-8080

6 Digit Unified Bar No.:

Relationship to Lawsuit:
- [ ] Attorney for Plaintiff
- [x] Self (Pro Se)
- [ ] Other:

Do you need an interpreter for your case? [ ] Yes [x] No  If yes, what type:

AMOUNT IN CONTROVERSY: [ ] $1-$500  [ ] $500.01-$2,500  [x] $2,500.01-$10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____  Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- [ ] Debt Suit
- [ ] Personal Property
- [ ] Unpaid Wages
- [ ] Breach of Contract
- [ ] Breach of Warranty
- [ ] Loan
- [ ] Services Rendered
- [ ] Home Improvement Contract
- [ ] Negotiable Instrument
- [ ] Rent Due
- [ ] Security Deposit
- [ ] Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- [ ] Automobile
- [ ] Property Damage
- [ ] Conversion
- [ ] Destruction of Property
- [ ] Shop Lifting
- [ ] Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- [ ] Assault and Battery
- [ ] Automobile
- [ ] Harassment
- [ ] False Witness
- [ ] Personal Injury
- [ ] Fraudulent Misrepresentation
- [ ] Libel and Slander
- [x] Negligence
- [ ] Slip and Fall

**D.** [ ] UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** [ ] SUBROGATION – a claim filed by one person in the place of another

**E.** [ ] FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** [ ] COLLECTION – a claim filed by a seller or lender to collect a consumer debt

**F.** [ ] MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? [ ] Yes  [ ] No

CV-3046/Rev. Feb. 08

# Exhibit D

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### (Civil Division)
### (Small Claims)

| | | |
|---|---|---|
| **MARC STEVEN BARNES** | ) | |
| | ) | |
| | ) | Civil Action No.: 2017 SC3 001162 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **HSBC Bank USA, N.A.** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on June 15, 2017, Defendant, HSBC Bank USA, N.A. removed this action to the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached as Exhibit "A". Pursuant to 28 U.S.C. § 1446(d), this court shall proceed no further unless and until this action is remanded to this court.

Dated: June 15, 2017                                             Respectfully submitted,

By:_____
Simran Rahi (DC Bar No.: 1024606)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Tel.: (202) 507-5150
Fax: (202) 822-0140
srahi@stradley.com

*Counsel for Defendant,*
*HSBC Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, the foregoing *Notice of Filing of Notice of Removal* was served via First Class U.S. Mail, postage pre-paid, upon the following:

**MARC STEVEN BARNES**
2700 28th Street, N.W.
Washington, DC 20008
*Pro se*

_____
Simran Rahi