**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARC STEVEN BARNES**            ) | |
| )                                                                      | Civil Action No.: 1:17-cv-1178 |
| Plaintiff,                  ) | |
| )                                                                      | |
| v.                                           ) | |
| )                                                                      | |
| **HSBC BANK USA, N.A.**              ) | |
| )                                                                      | |
| Defendant.            ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned, hereby stipulate that all alleged claims of plaintiff, Marc Steven Barnes, herein against defendant, HSBC Bank USA, N.A., be dismissed in their entirety with prejudice, each party to bear its own costs.

Seen and Agreed:                                                                      Seen and Agreed:

By: /s/ Simran Rahi                                                                 By: /s/ Marc Steven Barnes
Simran Rahi (DC Bar No.: 1024606)                                     Marc Barnes
Stradley Ronon Stevens & Young, LLP                                 2700 28th Street, NW
1250 Connecticut Ave., N.W., Suite 500                               Washington, DC 20008
Washington, D.C. 20036                                                        Tel.: 202-441-8080
Tel.: (202) 507-5156                                                               marcbarnes8080@yahoo.com
Fax: (202) 822-0140                                                               *Pro se Plaintiff*
srahi@stradley.com
*Counsel for Defendant,*
*Ocwen Loan Servicing, LLC*

Dated: 7/25/17

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25th, 2017, the foregoing Motion to Dismiss was filed and served using the CM/ECF system and served via First Class U.S. Mail, postage pre-paid, upon the following:

**MARC STEVEN BARNES**
2700 28th Street, N.W.
Washington, DC 20008
*Pro se*

                                    /s/  Simran Rahi
                                        Simran Rahi